UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

Case No. 14-4567
(Consolidated with 14-4409)

**UNITED STATES OF AMERICA,**

>*Plaintiff-Appellee,*

>*v.*

**RAYNARD JENKINS,**

>*Defendant-Appellant.*

_____

MOTION TO DECONSOLIDATE APPEAL
_____

The Appellant, through his undersigned counsel, respectfully requests this Honorable Court deconsolidate his appeal from the associated case.

After reviewing the lower court record, conducting legal research, and exchanging detailed correspondence with Appellant, counsel is unable to locate a meritorious issue for appeal. Because the acceptance of the guilty plea and the imposition of the sentence were not in error, counsel intends to file an *Anders* brief on the due date.

As counsel believes it is appropriate to deconsolidate this appeal from the lead appeal and consider the record individually when an *Anders* brief is filed, counsel respectfully requests this Honorable Court deconsolidate Appellant's appeal.

Respectfully submitted,

s/ Joshua Snow Kendrick
Joshua Snow Kendrick
KENDRICK & LEONARD, P.C.
P.O. Box 6938
Greenville, SC 29606
(864) 760-4000
Josh@KendrickLeonard.com

December 17, 2014
Greenville, South Carolina